**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO MORA SOLIS, | ) NO. CV 07-06703-GHK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| D.K. SISTO, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 7/30/09 .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE